AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| **v.** | **Case No. 25-mj-** 1375 |
| **Jacob D. Ortiz** | |
| _____ | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 9, 2025, in the County of Erie, in the Western District of New York, the defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties, and in doing so, inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

MICHAEL V. REILLY
POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE
*Printed name and title*

Sworn to and signed telephonically.

Date: September 17, 2025

_____
*Judge's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK     )
COUNTY OF ERIE          )     SS:
CITY OF BUFFALO        )

**MICHAEL V. REILLY** being duly sworn deposes and states:

1.      I am a Postal Inspector for the United States Postal Inspection Service and have held such position since February 2017.  I am currently stationed at the Buffalo, New York Field Office, assigned to investigate Postal Crimes within the Western District of New York. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  Throughout my law enforcement career, I have received significant training related to the investigation of violent crime and participated in numerous incidents involving the assault of Postal employees, up to and including homicide investigations.

2.      I make this Affidavit in support of an application for a Criminal Complaint charging JACOB D. ORTIZ with a violation of Title 18, United States Code, Sections 111(a)(1) and (b) (Assault on a Federal Officer Resulting in Bodily Injury), hereinafter, the "TARGET OFFENSE".

3.      The statements contained in this Affidavit are based upon my investigation, interviews conducted by me and other law enforcement officers, and my experience and training as a Postal Inspector.

4.      Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to me and have set forth only the facts that I believe are necessary to establish probable cause to believe that JACOB D. ORTIZ committed the TARGET OFFENSE.

**PROBABLE CAUSE**

5.      On or about September 9, 2025, United States Postal Service (USPS) Letter Carrier, D.L., working out of the USPS Southside (Buffalo, New York) Station, was delivering U.S. Mail on foot, on Columbus Avenue in Buffalo, New York, 14220.  D.L. does not deliver a regular, dedicated mail route.  Rather, D.L. is a "relief" carrier, delivering U.S. Mail on a different route for a day or a week at a time, covering routes for regular carriers who have a day off or a vacation.

6.      While working in his capacity as a uniformed employee of the USPS, Letter Carrier D.L. qualifies for protection from such incidents as assault under Title 18, United States Code, Section 111.

7.      Shortly before noon on or about September 9, 2025, D.L. was walking on Columbus Avenue in Buffalo, New York, as he approached 185 Columbus Avenue as his next delivery.  D.L. was dressed in a full USPS Letter Carrier uniform, consisting of a light-blue striped, short-sleeved shirt bearing a USPS logo; USPS issued, dark-blue shorts with a light blue side stripe; and a blue, baseball-style hat bearing a USPS logo.  DL had a USPS mail satchel over his shoulder.  The mailbox for 185 Columbus is mounted on a post adjacent

to a set of stairs leading up to the front porch of the residence, as depicted in the photograph

below.



8.     As D.L. approached the mailbox at 185 Columbus, a white male, later

identified as JACOB D. ORTIZ (ORTIZ) exited the residence, crossed the porch and

descended the front steps.  D.L. believed ORTIZ to be a resident of the address coming to get

his mail, as many customers often do when they see their letter carrier.  As a relief carrier,

D.L. had delivered mail to the residence for the first time ever on the day prior, so he did not

actually know any of the customers on the route, nor had he ever had any problems with any of the addresses or customers on the route. D.L. described the ORTIZ as approximately his height, but 40 to 50 pounds heavier and possibly 10 years younger. D.L. is 40 years old with a thin build.

9.      Once at the bottom of the stairs and just a couple feet from D.L., without warning or provocation, ORTIZ lunged toward D.L. and immediately began punching D.L. in the face and head with his fists. D.L. attempted to bring his arms up to cover his face to protect himself as ORTIZ continued to throw punches at the sides and back of D.L.'s head. Both men fell to the cement driveway, with ORTIZ landing on top of D.L. As ORTIZ was attacking D.L., ORTIZ was incoherently mumbling or rambling about "federal employee" or "government worker", and possibly, "stealing medication". After numerous punches over the course of 20 to 30 seconds, a third individual, later identified as ORTIZ's stepfather, attempted to intervene, allowing D.L. to escape ORTIZ's grasp. ORTIZ briefly retreated to the back yard of the property, so D.L. got up to his feet, gathered his satchel and began checking his injuries. However, ORTIZ almost immediately left the back yard, returning in the direction of D.L., so D.L. began to run away as fast as he could up the sidewalk. ORTIZ initially chased D.L. but was unable to catch up to him.

10.     Once D.L. felt he was clearly away from his assailant, he used his cellular telephone to call his supervisor at Southside Station, and then 911 to report the assault. Once Buffalo Police Officers arrived, D.L. filed a report of the incident. Once the report was completed, D.L. was excused from his delivery duties for the remainder of the day. Postal

Inspectors met D.L. at his residence later in the afternoon of September 9, 2025 to photograph D.L.'s injuries.

11.    D.L. suffered cuts, bumps and bruises to his face, behind his left ear, on the back of his head, on his left elbow and below his right knee.  The face and head injuries were the result of repeated punching by ORTIZ; the cuts and scrapes to D.L.'s elbow and below his knee were the result of being taken forcibly to the ground by ORTIZ.  Photos of the injuries D.L. sustained on the right and left of his forehead, to his nose and behind his ear are shown below.

 



The injuries to D.L.'s left elbow and below his right knee are shown in the photos below.



Due to the hair on the back of his head, a pair of bumps D.L. also suffered in that location could not be accurately photographed.

12.    WHEREFORE, I respectfully submit the foregoing facts establish probable cause to believe that on or about September 9, 2025, JACOB D. ORTIZ, an individual residing within or having access to the residence located at 185 Columbus Avenue, Buffalo, New York, 14220, did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer of the United States while engaged in or on account of the performance of official duties, inflicting bodily injury to the officer, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).


_____
MICHAEL V. REILLY
Postal Inspector
U.S. Postal Inspection Service



Sworn to and subscribed telephonically
this 17th day of September, 2025.

_____
HONORABLE JEREMIAH H. McCARTHY
United States Magistrate Judge